UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREGORY GAMACHE,

                Plaintiff,

    v.

UNITED STATES OF AMERICA,

                Defendant.

Case No. C11-438-RAJ

**ORDER OF DISMISSAL**

The Court, having reviewed the complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Report and Recommendation is **ADOPTED**;

2. This action is **DISMISSED** with prejudice under 28 U.S.C. §§ 1915(e)(2)(B) as frivolous and for failure to state a claim upon which relief may be granted; and

3. The Clerk shall send a copy of this Order to plaintiff and to Judge Tsuchida.

DATED this 4th day of April, 2011.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1